**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **ReqWharf, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Requin DC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4458200** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12154 Darnestown Road, Ste 621** <br> **Gaithersburg, MD 20878** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br> **100 District Square, SW Washington, DC 20024** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://requinbymic.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **ReqWharf, LLC**                                                   Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____**7225**____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

Debtor **ReqWharf, LLC**
Name

Case number (*if known*)

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor     **ReqWharf, LLC**
_____     Case number (*if known*) _____
           Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 28, 2019**
                _____
                MM / DD / YYYY

**X** **/s/ Michael Isabella, Jr.**
_____     **Michael Isabella, Jr.**
Signature of authorized representative of debtor     _____
                                                     Printed name

Title     **President**
          _____

**18. Signature of attorney**

**X** **/s/ Warren J. Martin Jr.**
_____     Date     **February 28, 2019**
Signature of attorney for debtor                              _____
                                                              MM / DD / YYYY

**Warren J. Martin Jr.**
_____
Printed name

**Porzio, Bromberg & Newman, P.C.**
_____
Firm name

**100 Southgate Parkway**
**P.O. Box 1997**
**Morristown, NJ 07962-1997**
_____
Number, Street, City, State & ZIP Code

Contact phone     **973-538-4006**     Email address     **wjmartin@pbnlaw.com**
                  _____                        _____

**MD**
_____
Bar number and State

Debtor **ReqWharf, LLC** _____    Case number *(if known)* _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND _____

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **14WBella LLC** | | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- | --- |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21825** |
| Debtor | **BallCantina LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21823** |
| Debtor | **BallKap LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21832** |
| Debtor | **BallNoodle LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21824** |
| Debtor | **CPKap LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21808** |
| Debtor | **MassKap LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21827** |
| Debtor | **Mike Isabella, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21835** |
| Debtor | **MosaKap LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21828** |
| Debtor | **Tylsa LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21830** |

**Fill in this information to identify the case:**

Debtor name      **ReqWharf, LLC**

United States Bankruptcy Court for the:      DISTRICT OF MARYLAND

Case number (if known)      _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __February 28, 2019__          X /s/ Michael Isabella, Jr.
                                          Signature of individual signing on behalf of debtor

                                          **Michael Isabella, Jr.**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **ReqWharf, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF MARYLAND |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................ $     **2,152,901.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*......................................................................................... $     **1,207,759.11**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*........................................................................................... $     **3,360,660.11**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **874,022.85**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **25,541.79**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **432,039.67**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

    $     **1,331,604.31**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **ReqWharf, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Columbia Bank** | **Checking** | **0889** | **$2,500.00** |
| 3.2. | **EagleBank** | **Checking** | **7097** | **$6.68** |
| 3.3. | **EagleBank** | **Checking** | **4503** | **$0.00** |
| 3.4. | **TD Bank** | **Checking** | **7433** | **$62.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                **$2,568.68**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor    **ReqWharf, LLC**
          Name                                                          Case number *(If known)*

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Landlord Security Deposit**                                          $13,317.50

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                  | $13,317.50 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **26,025.03**  -        **0.00**  = ....        $26,025.03
                                      face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                              | $26,025.03 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Landlord has items onsite.** | 07/31/2018 | $84,541.14 | Cost | Unknown |

Debtor    **ReqWharf, LLC**                                          Case number *(If known)* _____
_____
Name

---

23.    **Total of Part 5.**                                          | $0.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** Landlord has all fixed assets onsite. | $331,142.03 | Cost | $331,142.03 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** Landlord has all fixed assets onsite. | $569,378.38 | Cost | $569,378.38 |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                          | $900,520.41 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **ReqWharf, LLC**
Name

Case number *(If known)* _____

�

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **100 District Square, SW**<br>**Washington, DC 20024** | **Leasehold Improvements** | **$2,152,901.00** | **Cost** | **$2,152,901.00** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $2,152,901.00 |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites**<br>**Internet Domain** | **Unknown** | | **Unknown** |
| 62.     **Licenses, franchises, and royalties** | | | |
| 63.     **Customer lists, mailing lists, or other compilations** | | | |
| 64.     **Other intangibles, or intellectual property** | | | |

Debtor    **ReqWharf, LLC**
      Name                                          Case number *(If known)*

| | | | |
|---|---|---|---|
| **Expenses incurrend to open the restaurant; for tax and gap purposes.** | $265,327.49 | Cost | $265,327.49 |

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$265,327.49** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    **ReqWharf, LLC**  
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,568.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,317.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,025.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $900,520.41 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...............................................................>* | | $2,152,901.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $265,327.49 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,207,759.11 | + 91b. $2,152,901.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,360,660.11 |

**Fill in this information to identify the case:**

Debtor name **ReqWharf, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **The Columbia Bank** | Describe debtor's property that is subject to a lien | $874,022.85 | $0.00 |

Creditor's Name

**Loan Operations
P.O. Box 69
East Petersburg, PA 17520**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $874,022.85

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jordan M. Spivok, Esq.
Protas, Spivok & Collins, LLC
4330 East West Highway, Ste 900
Bethesda, MD 20814** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name **ReqWharf, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aguirre Guardado, Dayvir J.**<br>**5308 30th Ave**<br>**Hyattsville, MD 20782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Altayli, Ali C**<br>**1600 N Oak St**<br>**Apt 1730**<br>**Arlington, VA 22209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$434.69** | **$434.69** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ReqWharf, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.81 | $190.81 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Alvarado, Abel D**
**3617 Gallatin St**
**Apt 1013**
**Hyattsville, MD 20782**

As of the petition filing date, the claim is: $190.81    $190.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4**

Priority creditor's name and mailing address
**Amaya Duran, Jose J**
**2807 N Pershing Dr**
**Apt 5**
**Arlington, VA 22201**

As of the petition filing date, the claim is: $397.71    $397.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing address
**Brockenberry, Harri F**
**5602 Windsor Ct.**
**Camp Springs, MD 20746**

As of the petition filing date, the claim is: $2,236.26    $2,236.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

Priority creditor's name and mailing address
**Coates, Deon M**
**2410 Brentwood Ave**
**Baltimore, MD 21218**

As of the petition filing date, the claim is: $189.38    $189.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **ReqWharf, LLC**                                    Case number (if known)
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.97 | $784.97 |
|---|---|---|---|---|

**Conon, Rolando**
**4605 27th St**
**Apt 1**
**Mount Rainier, GA 30823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.88 | $121.88 |
|---|---|---|---|---|

**Crespo Casarrubias, Margarita**
**1730 7th St NW**
**#411**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.03 | $244.03 |
|---|---|---|---|---|

**Cruz Olga, Carranza**
**933 N St NW**
**Apt 402**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.58 | $456.58 |
|---|---|---|---|---|

**Delcid, Lucas E**
**1500 Massachusetts Ave NW**
**Apt 437**
**Washington, DC 20005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| Debtor | ReqWharf, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.24 | $938.24 |
|---|---|---|---|---|
| | **DESCOLLINES, JOSHUA J**<br>**1616 KILBOURNE PL NW**<br>**Washington, DC 20010** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.35 | $612.35 |
|---|---|---|---|---|
| | **Diaz Portillo, Gloria**<br>**1601 E St NW**<br>**Washington, DC 20502** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.71 | $525.71 |
|---|---|---|---|---|
| | **Diaz, Manrique**<br>**1367 Spring Rd NW**<br>**Washington, DC 20010** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dong, Adam**<br>**429 N St SW**<br>**Unit 5302**<br>**Washington, DC 20024** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **ReqWharf, LLC**      Case number *(if known)* _____

Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.35 | $831.35 |
|---|---|---|---|---|

**Garcia, Alan**
**1111 Massachusetts Ave NW**
**Washington, DC 20005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
                       ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.60 | $592.60 |
|---|---|---|---|---|

**Garcia, Rafael**
**7216 Carrasburg Place SW**
**Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
                       ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,435.09 | $2,435.09 |
|---|---|---|---|---|

**Gilmer, Cinoma**
**3319 6th St SE**
**Washington, DC 20032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
                       ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.38 | $98.38 |
|---|---|---|---|---|

**Gomez, Leonel**
**17-23 Riggs Rd. NE**
**Apt 111**
**Washington, DC 20011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ■ No
                       ☐ Yes

---

Debtor **ReqWharf, LLC**
_____     Case number (if known) _____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.21 | $157.21 |

**2.19** Priority creditor's name and mailing address

**Gonzalez Fidel, Jose L**
**1035 10th St NW**
**Apt 105**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$157.21**   **$157.21**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** Priority creditor's name and mailing address

**Gonzalez, Eduardo**
**1236 11th St NW**
**Apt 607**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$127.07**   **$127.07**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21** Priority creditor's name and mailing address

**Harris, Tyvon J**
**3508 6th St SE**
**Apt 302**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$109.24**   **$109.24**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22** Priority creditor's name and mailing address

**Hernandez Aguilar, Mileny A**
**10925 Dayton St.**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$543.70**   **$543.70**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **ReqWharf, LLC**                                    Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.94 | $664.94 |
|---|---|---|---|---|

**Huerta Jimenez, Juel**
**4127 Illinois Ave NW**
**Washington, DC 20011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.21 | $35.21 |
|---|---|---|---|---|

**Ilchev, Hristo**
**307 Nimitz Ave**
**Rockville, MD 20851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ingram, Kwabena A**
**5800 Annapolis Rd**
**Apt 111**
**Bladensburg, MD 20710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.84 | $455.84 |
|---|---|---|---|---|

**Irahetha, Alexis**
**2309 11th St N**
**Apt 204**
**Arlington, VA 22201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **ReqWharf, LLC**
_____
Name

Case number (if known) _____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.28 | $7.28 |
| | **Ismail, Nabil** | Check all that apply. | | |
| | **5800 Quantrell Ave** | ☐ Contingent | | |
| | **#1623** | ☐ Unliquidated | | |
| | **Alexandria, VA 22312** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.95 | $189.95 |
| | **JACKSON, AMARI R** | Check all that apply. | | |
| | **1719 GAINESVILLE ST SE** | ☐ Contingent | | |
| | **Apt 201** | ☐ Unliquidated | | |
| | **Washington, DC 20020** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.50 | $258.50 |
| | **Jaime, Wilber A** | Check all that apply. | | |
| | **9630 51st Place** | ☐ Contingent | | |
| | **College Park, MD 20740** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.57 | $256.57 |
| | **Lazic, Milos** | Check all that apply. | | |
| | **3717 13th St S** | ☐ Contingent | | |
| | **Arlington, VA 22204** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **ReqWharf, LLC**
_____
Name

Case number (if known) _____

| 2.31 | Priority creditor's name and mailing address<br>**Leiva, Francisco**<br>**3620 16th St NW**<br>**Apt 406**<br>**Washington, DC 20010** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155.90 | $155.90 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address<br>**Lopez Castillo, Maria**<br>**933 N Street NW**<br>**Apt 202**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $201.92 | $201.92 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address<br>**Lopez, Sara**<br>**933 N St NW**<br>**Apt 202**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.96 | $230.96 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address<br>**Miladinovic, Vesna**<br>**Apt-E613**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $285.91 | $285.91 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **ReqWharf, LLC**
_____        Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.57 | $29.57 |

| 2.35 | Priority creditor's name and mailing address<br>**Montilla Vidoza, Zulay**<br>**1150 4th St SW**<br>**Apt 1020**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.57 | $29.57 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address<br>**Moujahid, Elmostafa**<br>**PO Box 8303**<br>**Falls Church, VA 22041** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $580.27 | $580.27 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address<br>**Ocampo Pliego, Melina**<br>**601 Edgewood St NE Apt 424**<br>**Washington, DC 20017** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.64 | $105.64 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address<br>**Ojendis Pineda, Marcelino**<br>**923 N St NW**<br>**Apt 501**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $744.94 | $744.94 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ReqWharf, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.54 | $236.54 |
|---|---|---|---|---|

**Olden, Maurice**
**1424 Clifton St NW**
**Apt 10**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.12 | $963.12 |
|---|---|---|---|---|

**Olson, Dhiandra R**
**1712 Summit Pl NW**
**Apt B**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.88 | $230.88 |
|---|---|---|---|---|

**Paiva, Carlos R**
**562 Oklahoma Ave NE**
**Washington, DC 20002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Peralta Gonzalez, Adrian**
**511 Webster Ave NW**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **ReqWharf, LLC**
    Name                                                  Case number (if known)

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.93 | $101.93 |
|---|---|---|---|---|

**Perez Romero, Miriam A**
5107 Lakeland Rd
College Park, MD 20740

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
�■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.28 | $536.28 |
|---|---|---|---|---|

**Portillo, Concepcion**
914 Longfellow St NW
Washington, DC 20011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
�■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.39 | $409.39 |
|---|---|---|---|---|

**Privado, Brandon Alexis**
6517 Parkway Ct
Hyattsville, MD 20782

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
�■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.23 | $398.23 |
|---|---|---|---|---|

**Radulovic, Milena**
799 N Van Dorn
Alexandria, VA 22304

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
�■ No
☐ Yes

Debtor **ReqWharf, LLC**
_____
Name

Case number (if known) _____

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.62 | $209.62 |
|---|---|---|---|---|

**Ristic, Andela**
**2601 Park Center Drive**
**Apt 206C**
**Alexandria, VA 22302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.03 | $303.03 |
|---|---|---|---|---|

**Roberts, Devin R**
**6618 Atwood St**
**Apt 3**
**District Heights, MD 20747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.42 | $23.42 |
|---|---|---|---|---|

**Rodriguez Solis, Erika**
**2 M St NE Apt 513**
**Washington, DC 20002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.74 | $350.74 |
|---|---|---|---|---|

**Romero Rodriguez, Santiago**
**933 N St NW**
**#202**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **ReqWharf, LLC**
_____
Name

Case number (if known) _____

| 2.51 | Priority creditor's name and mailing address<br>**Romero Romero, Fredy A**<br>**5609 3rd St S**<br>**Arlington, VA 22204** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $161.17 | $161.17 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address<br>**Sandoval, Francisco**<br>**3055 16th St. NW**<br>**Apt 706**<br>**Washington, DC 20009** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $555.30 | $555.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address<br>**Sandoval, Karen R**<br>**614 Morton St. NW**<br>**Apt 32**<br>**Washington, DC 20010** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $225.69 | $225.69 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address<br>**Siforija, Olja**<br>**1665 Kenwood Ave**<br>**Alexandria, VA 22302** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,073.64 | $1,073.64 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | ReqWharf, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,969.70 | $1,969.70 |

**Smith, Jason Aaron E**
**658 12th St NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.29 | $70.29 |

**Szydlowski, Magdalena**
**8136 Prescott Dr**
**Apt T1**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.25 | $100.25 |

**Vargas, Artemio**
**1510 10th St NW**
**Apt 102A**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.47 | $157.47 |

**Velasquez, Juan**
**1236 11th St NW**
**Apt 604**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **ReqWharf, LLC**
_____    Case number _(if known)_ _____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.89 | $466.89 |
|---|---|---|---|---|

2.59   Priority creditor's name and mailing address

**Ventura, Nicholas**
**1225 Queen St**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$466.89   $466.89

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.60   Priority creditor's name and mailing address

**Williams, Christopher D**
**2831 Minnesota Ave SE**
**Apt 4**
**Washington, DC 20019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$767.56   $767.56

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

3.1   Nonpriority creditor's name and mailing address

**Adams-Burch**
**1901 Stanford Court**
**Hyattsville, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade payable**

Is the claim subject to offset?   ■ No   ☐ Yes

$167.48

---

3.2   Nonpriority creditor's name and mailing address

**Adams-Burch Lender**
**1901 Stanford Court**
**Hyattsville, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade payable**

Is the claim subject to offset?   ■ No   ☐ Yes

$14,001.49

---

3.3   Nonpriority creditor's name and mailing address

**Airtech Specialist**
**6424 Quander Road**
**Alexandria, VA 22307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade payable**

Is the claim subject to offset?   ■ No   ☐ Yes

$240.00

---

| Debtor | **ReqWharf, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,538.70 |
|---|---|---|---|
| | **Alsco**<br>**4900 Philadelphia Way**<br>**Lanham, MD 20706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,484.11 |
|---|---|---|---|
| | **Baldor Specialty Foods, Inc.**<br>**155 Food Center Drive**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,275.00 |
|---|---|---|---|
| | **Batzel Law PLLC**<br>**641 S St, NW, 3rd Floor**<br>**Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Legal | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.62 |
|---|---|---|---|
| | **Breakthrough Beverage**<br>**PO Box 2088**<br>**West Caldwell, NJ 07007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,950.00 |
|---|---|---|---|
| | **C&JM Services, Inc.**<br>**P.O. Box 223**<br>**Gaithersburg, MD 20878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,120.60 |
|---|---|---|---|
| | **Capital Meat Co.**<br>**P.O. Box 3117**<br>**Hyattsville, MD 20784** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,089.76 |
|---|---|---|---|
| | **CG Electric, Inc.**<br>**8329 B14 Old Marlboro Pike**<br>**Upper Marlboror, MD 20722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    **ReqWharf, LLC**
_____    Case number (if known) _____
Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Chill-Craft Company**
**2600 Cabover Drive Suite K**
**Hanover, MD 21076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,428.00 |
|---|---|---|---|

**Colonial Parking**
**PO Box 7924**
**Baltimore, MD 21279**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Dionysos Imports Inc.**
**11581 Robertson Drive**
**Manassas, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $631.00 |
|---|---|---|---|

**Eartn N Eats**
**7509 Wayne Highway**
**Waynesboro, PA 17268**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,033.87 |
|---|---|---|---|

**Fells Point Wholesale Meats**
**P.O. Box 21491**
**New York, NY 10087-1491**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,484.44 |
|---|---|---|---|

**Hawthorne Fine Breakfast Pastry**
**836 Ritchie Highway, #2**
**Severna Park, MD 21146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heartland**
**c/o Barbie Hargrave**
**One Heartland Way**
**Jeffersonville, IN 47130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ReqWharf, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **JRS Associates, Inc.**<br>**6393A Rockburn Hill Road**<br>**Elkridge, MD 21075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,702.10** |
|---|---|---|---|
| | **Julius Silvert, Inc.**<br>**P.O. Box 824559**<br>**Philadelphia, PA 19182-4559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,813.24** |
|---|---|---|---|
| | **Kelly Health Insurance**<br>**P.O. Box 418926**<br>**Boston, MA 02241-8926** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _NOT SURE IF IT'S KELLY HEALTH INSURANCE_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$529.94** |
|---|---|---|---|
| | **Lanterna Distributors Inc.**<br>**1125 Desoto Road, Suite C**<br>**Baltimore, MD 21223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,642.17** |
|---|---|---|---|
| | **LDV Imports**<br>**130 West 25th Street, Floor 7**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,352.18** |
|---|---|---|---|
| | **Lyon Bakery**<br>**P.O. Box 1360**<br>**Hyattsville, MD 20785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,847.30** |
|---|---|---|---|
| | **Mike Isabella, Inc.**<br>**12154 Darnestown Road, Ste 621**<br>**Gaithersburg, MD 20878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade payable_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ReqWharf, LLC**
_____    Case number (if known) _____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.80 |

**Mikuni Wild Harvest**
**18818 13th Place South**
**Seatac, WA 98148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.50 |

**Monsieur Touton Selection (MD), LTD**
**3709 E. Monument St., STE B**
**Baltimore, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,140.32 |

**Open Table, Inc.**
**P.O. Box 671198**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.00 |

**Oracle America, Inc.**
**P.O. Box 203448**
**Dallas, TX 75320-3448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Pagonis, George**
**1700 Kalorama Road NW**
**Apt 405**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,522.76 |

**Pepco**
**P.O. Box 13608**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.20 |

**Prestige Beverage Group**
**6735-A Business Parkway**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **ReqWharf, LLC**
_____     Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**ProFish, LTD**<br>**1900 Fenwick Street NE**<br>**Washington, DC 20002**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,849.15** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**R.L. Irwin Company**<br>**PO Box 407**<br>**Kennett Square, PA 19348**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$799.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Republic National Distributing Company**<br>**P.O. Box 687**<br>**Annapolis Junction, MD 20701-0687**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$827.63** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Robert's Oxygen Company Inc.**<br>**PO Box 5507**<br>**Chevy Chase, MD 20825**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8.48** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Samuels & Son**<br>**3400 S Lawrence St**<br>**Philadelphia, PA 19148**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,570.25** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Solutions Window Cleaning**<br>**P.O. Box 86**<br>**Queenstown, MD 21658**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,170.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Taha Ismail**<br>**12154 Darnestown Road, Ste 621**<br>**Gaithersburg, MD 20878**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade payable<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,694.28** |

Debtor    **ReqWharf, LLC**                                      Case number (if known) _____
_____
Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.00 |

**Talbort's Ice & Beverage**
5234 River Road
Bethesda, MD 20816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |

**Teaism Penn Quarter**
400 8th St NW
Washington, DC 20004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.07 |

**The Country Vintner**
P.O. Box 1540
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,511.50 |

**The Hartford**
P.O. Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.60 |

**VEGA Pest Elimination**
611 Hollywood Ave
Silver Spring, MD 20904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.64 |

**Washington Gas**
P.O. Box 37747
Philadelphia, PA 19101-5047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,400.61 |

**Wharf Phase 1 Retail REIT LH LLC**
Attn: Emily Rodriguez
1000 Maine Avenue, Suite 300
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **ReqWharf, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.88 |
|---|---|---|---|

**Winebow**
P.O. Box 1540
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 25,541.79 |
| 5b. Total claims from Part 2 | 5b. + | $ | 432,039.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 457,581.46 |

**Fill in this information to identify the case:**

Debtor name **ReqWharf, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Payroll** | |
| State the term remaining | Heartland<br>c/o Barbie Hargrave<br>One Heartland Way<br>Jeffersonville, IN 47130 |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **ReqWharf, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Mike Isabella Inc.** | **12154 Darnestown Road, Ste 621 Gaithersburg, MD 20878** | **The Columbia Bank** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name    **ReqWharf, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,785,284.64** |
   | **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$818,405.51** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1. | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ReqWharf, LLC**                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.    **SEE ATTACHED.** | | **$90,758.51** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Pagonis, George**<br>**1700 Kalorama Road NW**<br>**Apt 405**<br>**Washington, DC 20009** | **08/06/2018**<br>**07/01/2018**<br>**05/29/2018** | **$5,699.26** | **7.15 pay period.** |
| 4.2.    **Taha Ismail**<br>**12154 Darnestown Road, Ste 621**<br>**Gaithersburg, MD 20878** | **08/13/2018;**<br>**10/01/2018;**<br>**09/24/2018;**<br>**08/20/2018;**<br>**9/23/2018;**<br>**09/09/2018;**<br>**11/18/2018;**<br>**11/08/2018;**<br>**9/24/2018;**<br>**07/26/2018;**<br>**08/26/2018;**<br>**11/04/2018;**<br>**10/15/2018;**<br>**10/10/2018;**<br>**08/20/2018;**<br>**07/29/2018;**<br>**7/27/2018;**<br>**10/21/2018;**<br>**10/07/2018;**<br>**12/11/2018;**<br>**11/13/2018;**<br>**07/09/2018;**<br>**05/29/2018;** | **$31,564.73** | **Expenses reimbursement.** |
| 4.3.    **Nicholas Pagonis**<br>**1111 W. St NW, Apt 8**<br>**Washington, DC 20009** | **07/09/2018**<br>**05/29/2018**<br>**01/02/2018** | **$5,439.50** | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    **ReqWharf, LLC**        Case number *(if known)* _____

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Baldor DC LLC v. Reqwharf, LLC d/b/a Requin DC**<br>**035527/2018** | **Breach of contract** | **Supreme Court of the State of New York**<br>**County of Rockland**<br>**1 S. Main St.**<br>**New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **ReqWharf, LLC**                                Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor     **ReqWharf, LLC**                                          Case number *(if known)*

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **ReqWharf, LLC**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Johannes Allender**<br>**12154 Darnestown Road, Ste 621**<br>**Gaithersburg, MD 20878** | **October 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **The Columbia Bank**<br>**1903 Research Blvd.**<br>**Rockville, MD 20850** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **ReqWharf, LLC**                                        Case number *(if known)*

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Mark Petonito** | **07/31/2018** | **84,541.14** |

| Name and address of the person who has possession of inventory records |
|---|
| **Mark Petonito**<br>**100 District Square, SW**<br>**Washington, DC 20224** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Isabella, Jr. | 775 Pearl Street, SW #709 Washington, DC 20024 | CEO of Mike Isabella Concepts | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **ReqWharf, LLC**                                        Case number *(if known)*

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2019**

**/s/ Michael Isabella, Jr.**                              **Michael Isabella, Jr.**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

K Requin DC Wharf
90 days payment list
November 24 2018 to February 20, 2019

| Date | Transaction Type | Name | Amount | TOTALS |
|---|---|---|---|---|
| 11/30/2018 | Bill Payment (Check) | Alsco | -2,708.66 | |
| 12/14/2018 | Check | Alsco | -2,695.28 | |
| | | | | **-5,403.94** |
| 12/11/2018 | Check | Bacchus Importers, LTD | -214.98 | |
| 12/12/2018 | Bill Payment (Check) | Bacchus Importers, LTD | -687.93 | |
| | | | | **-902.91** |
| 12/12/2018 | Bill Payment (Check) | Breakthru Beverage | -1,883.07 | |
| | | | | **-1,883.07** |
| 11/26/2018 | Bill Payment (Check) | Coastal Sunbelt Produce (ACH WEEKLY) | -2,030.06 | |
| 12/3/2018 | Bill Payment (Check) | Coastal Sunbelt Produce (ACH WEEKLY) | -1,775.17 | |
| 12/10/2018 | Bill Payment (Check) | Coastal Sunbelt Produce (ACH WEEKLY) | -2,991.73 | |
| 12/17/2018 | Bill Payment (Check) | Coastal Sunbelt Produce (ACH WEEKLY) | -2,669.67 | |
| | | | | **-9466.63** |
| 12/4/2018 | Expense | Comcast | -289.88 | |
| | | | | **-289.88** |
| 12/10/2018 | Bill Payment (Check) | Dionysos Imports Inc. | -1,183.50 | |
| | | | | **-1,183.50** |
| 12/12/2018 | Bill Payment (Check) | Elite Wines Imports, INC | -686.88 | |
| | | | | **-686.88** |
| 12/6/2018 | Bill Payment (Check) | Fells Point Wholesale Meats | -1,984.57 | |
| | | | | **-1,984.57** |
| 12/12/2018 | Bill Payment (Check) | Hop & Wine Beverage LLC | -1,062.00 | |
| | | | | **-1062** |
| 11/30/2018 | Bill Payment (Check) | Julius Silvert Inc. | -494.71 | |
| 11/30/2018 | Bill Payment (Check) | Julius Silvert Inc. | -546.77 | |
| | | | | **-1,041.48** |
| 12/3/2018 | Bill Payment (Check) | Kelly | -6,192.54 | |
| | | | | **-6,192.54** |
| 12/12/2018 | Bill Payment (Check) | Lanterna Distributors Inc | -265.98 | |
| | | | | **-265.98** |
| 11/26/2018 | Bill Payment (Check) | Lyon Bakery | -962.39 | |
| | | | | **-962.39** |
| 11/27/2018 | Expense | MarginEdge | -300 | |
| | | | | **-300** |
| 12/16/2018 | Bill Payment (Check) | Mike Isabella, Inc | -12,873.51 | |
| | | | | **-12,873.51** |
| 12/12/2018 | Bill Payment (Check) | Monsieur Touton Selection (MD), LTD | -1,000.75 | |
| | | | | **-1,000.75** |
| 12/12/2018 | Bill Payment (Check) | Pepco | -2,888.51 | |
| | | | | **-2,888.51** |
| 12/4/2018 | Bill Payment (Check) | Pepsi Beverages Company | -570 | |
| | | | | **-570** |

| Date | Type | Payee | Amount | Total |
|------|------|-------|--------|-------|
| 12/12/2018 | Bill Payment (Check) | Prestige Beverage Group | -2,333.04 | |
| | | | | **-2,333.04** |
| 12/4/2018 | Bill Payment (Check) | ProFish, LTD | -825.8 | |
| 12/7/2018 | Check | ProFish, LTD | -875.63 | |
| | | | | **-1,701.43** |
| 12/12/2018 | Bill Payment (Check) | Republic National Distribuing Co., LLC | -2,154.94 | |
| | | | | **-2,154.94** |
| 12/12/2018 | Bill Payment (Check) | Siema Wines | -754.64 | |
| 12/13/2018 | Check | Siema Wines | -754.64 | |
| 12/13/2018 | Check | Siema Wines | -764.64 | |
| | | | | **-2273.92** |
| 12/11/2018 | Check | Southern Glazer's of MD/DC | -1,813.20 | |
| 12/12/2018 | Bill Payment (Check) | Southern Glazer's of MD/DC | -3,752.76 | |
| | | | | **-5,565.96** |
| 12/20/2018 | Check | Storm Oil LLC | -392.2 | |
| | | | | **-392.2** |
| 11/21/2018 | Expense | Stripe Catering | -677.96 | |
| 12/3/2018 | Expense | Stripe Catering | -10.98 | |
| | | | | **-688.94** |
| 11/30/2018 | Expense | TD Bank | -25 | |
| 11/30/2018 | Expense | TD Bank | -2 | |
| | | | | **-27** |
| 11/26/2018 | Expense | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/26/2018 | Check | The Columbia Bank | -39 | |
| 11/27/2018 | Check | The Columbia Bank | -39 | |
| 11/27/2018 | Check | The Columbia Bank | -39 | |
| 11/27/2018 | Check | The Columbia Bank | -39 | |

| Date | Type | Payee | Amount |
|---|---|---|---|
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/27/2018 | Check | The Columbia Bank | -39 |
| 11/30/2018 | Expense | The Columbia Bank | -56.7 |
| 12/19/2018 | Check | The Columbia Bank | -39 |
| 12/19/2018 | Check | The Columbia Bank | -39 |
| 12/19/2018 | Check | The Columbia Bank | -39 |
| 12/19/2018 | Check | The Columbia Bank | -39 |
| 12/19/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| 12/24/2018 | Check | The Columbia Bank | -39 |
| | | | **-2435.7** |
| 12/12/2018 | Bill Payment (Check) | The Country Vintner | -1,468.94 |
| | | | **-1,468.94** |
| 12/12/2018 | Bill Payment (Check) | The Hartford | -5,626.91 |
| | | | **-5,626.91** |
| 11/27/2018 | Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -348.48 |
| 11/30/2018 | Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -110.31 |
| 12/4/2018 | Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -63.24 |
| 12/5/2018 | Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -837.06 |
| 12/6/2018 | Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -655.76 |

| | | | |
|---|---|---|---|
| 12/7/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -614.54 | |
| 12/11/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -1,581.89 | |
| 12/12/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -73.26 | |
| 12/13/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -138.27 | |
| 12/17/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -2,321.64 | |
| 12/18/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -1,538.98 | |
| 12/19/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -2,589.08 | |
| 12/20/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -705.84 | |
| 12/24/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -166.38 | |
| 12/24/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -1,244.31 | |
| 12/25/2018 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -1,281.46 | |
| 1/2/2019 Expense | US Foods Inc (ACH WEEKLY) | -25.99 | |
| 1/4/2019 Bill Payment (Check) | US Foods Inc (ACH WEEKLY) | -2.64 | |
| | | | **-14299.13** |
| 12/12/2018 Bill Payment (Check) | Washburn Wine Co. | -311 | |
| | | | **-311** |
| 12/12/2018 Bill Payment (Check) | Washington Gas | -1,624.86 | |
| | | | **-1,624.86** |
| 12/12/2018 Bill Payment (Check) | Winebow | -936 | |
| | | | **-936.00** |

# United States Bankruptcy Court
## District of Maryland

In re    **ReqWharf, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 28, 2019**

**/s/ Michael Isabella, Jr.**

**Michael Isabella, Jr./President**
Signer/Title

Adams-Burch
1901 Stanford Court
Hyattsville, MD 20785


Adams-Burch Lender
1901 Stanford Court
Hyattsville, MD 20785


Aguirre Guardado, Dayvir J.
5308 30th Ave
Hyattsville, MD 20782


Airtech Specialist
6424 Quander Road
Alexandria, VA 22307


Alsco
4900 Philadelphia Way
Lanham, MD 20706


Altayli, Ali C
1600 N Oak St
Apt 1730
Arlington, VA 22209


Alvarado, Abel D
3617 Gallatin St
Apt 1013
Hyattsville, MD 20782


Amaya Duran, Jose J
2807 N Pershing Dr
Apt 5
Arlington, VA 22201


At Your Service Catergin
1440 G St NW
Washington, DC 20005

Bacchus Importers LTD
1817 Portal Street
Baltimore, MD 21224


Baldor Specialty Foods, Inc.
155 Food Center Drive
Bronx, NY 10474


Batzel Law PLLC
641 S St, NW, 3rd Floor
Washington, DC 20001


Breakthrough Beverage
PO Box 2088
West Caldwell, NJ 07007


Brockenberry, Harri F
5602 Windsor Ct.
Camp Springs, MD 20746


C&JM Services, Inc.
P.O. Box 223
Gaithersburg, MD 20878


Capital Meat Co.
P.O. Box 3117
Hyattsville, MD 20784


CG Electric, Inc.
8329 B14 Old Marlboro Pike
Upper Marlboror, MD 20722


Chemtron
3911 SW 47th Ave #914
Davie, FL 33314

Chill-Craft Company
2600 Cabover Drive Suite K
Hanover, MD 21076


Coastal Sunbelt Produce
8704 Bollman Place
Savage, MD 20763


Coates, Deon M
2410 Brentwood Ave
Baltimore, MD 21218


Colonial Parking
PO Box 7924
Baltimore, MD 21279


Comcast
PO Box 827554
Philadelphia, PA 19182-7554


Conon, Rolando
4605 27th St
Apt 1
Mount Rainier, GA 30823


Crespo Casarrubias, Margarita
1730 7th St NW
#411
Washington, DC 20001


Cruz Olga, Carranza
933 N St NW
Apt 402
Washington, DC 20001


DC Treasurer - Sales Tax
Office of Tax and Revenue
P.O. Box 96384
Washington, DC 20090-6384

Delcid, Lucas E
1500 Massachusetts Ave NW
Apt 437
Washington, DC 20005


DESCOLLINES, JOSHUA J
1616 KILBOURNE PL NW
Washington, DC 20010


Diaz Portillo, Gloria
1601 E St NW
Washington, DC 20502


Diaz, Manrique
1367 Spring Rd NW
Washington, DC 20010


Dionysos Imports Inc.
11581 Robertson Drive
Manassas, VA 20109


Dong, Adam
429 N St SW
Unit 5302
Washington, DC 20024


Eartn N Eats
7509 Wayne Highway
Waynesboro, PA 17268


Elite Wines
505 Hampton Park Blvd, Suite D
Capitol Heights, MD 20743


Fells Point Wholesale Meats
P.O. Box 21491
New York, NY 10087-1491

Garcia, Alan
1111 Massachusetts Ave NW
Washington, DC 20005


Garcia, Rafael
7216 Carrasburg Place SW
Washington, DC 20024


Gilmer, Cinoma
3319 6th St SE
Washington, DC 20032


Gomez, Leonel
17-23 Riggs Rd. NE
Apt 111
Washington, DC 20011


Gonzalez Fidel, Jose L
1035 10th St NW
Apt 105
Washington, DC 20001


Gonzalez, Eduardo
1236 11th St NW
Apt 607
Washington, DC 20001


Harris, Tyvon J
3508 6th St SE
Apt 302
Washington, DC 20019


Hawthorne Fine Breakfast Pastry
836 Ritchie Highway, #2
Severna Park, MD 21146

Heartland
c/o Barbie Hargrave
One Heartland Way
Jeffersonville, IN 47130


Hernandez Aguilar, Mileny A
10925 Dayton St.
Silver Spring, MD 20902


Hop & Wine Beverage LLC
4605 Bookfield Corporate Drive
Chantilly, VA 20151


Huerta Jimenez, Juel
4127 Illinois Ave NW
Washington, DC 20011


Ilchev, Hristo
307 Nimitz Ave
Rockville, MD 20851


Ingram, Kwabena A
5800 Annapolis Rd
Apt 111
Bladensburg, MD 20710


Irahetha, Alexis
2309 11th St N
Apt 204
Arlington, VA 22201


Ismail, Nabil
5800 Quantrell Ave
#1623
Alexandria, VA 22312

JACKSON, AMARI R
1719 GAINESVILLE ST SE
Apt 201
Washington, DC 20020


Jaime, Wilber A
9630 51st Place
College Park, MD 20740


Jordan M. Spivok, Esq.
Protas, Spivok & Collins, LLC
4330 East West Highway, Ste 900
Bethesda, MD 20814


JRS Associates, Inc.
6393A Rockburn Hill Road
Elkridge, MD 21075


Julius Silvert, Inc.
P.O. Box 824559
Philadelphia, PA 19182-4559


Kelly Health Insurance
P.O. Box 418926
Boston, MA 02241-8926


Lanterna Distributors Inc.
1125 Desoto Road, Suite C
Baltimore, MD 21223


Lazic, Milos
3717 13th St S
Arlington, VA 22204


LDV Imports
130 West 25th Street, Floor 7
New York, NY 10001

Leiva, Francisco
3620 16th St NW
Apt 406
Washington, DC 20010


Lopez Castillo, Maria
933 N Street NW
Apt 202
Washington, DC 20001


Lopez, Sara
933 N St NW
Apt 202
Washington, DC 20001


Lyon Bakery
P.O. Box 1360
Hyattsville, MD 20785


MarginEdge
8315 Lee Highway, Suite 320
Fairfax, VA 22031


Mike Isabella Inc.
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Mike Isabella, Inc.
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Mikuni Wild Harvest
18818 13th Place South
Seatac, WA 98148


Miladinovic, Vesna
Apt-E613
Washington, DC 20024

Monsieur Touton Selection (MD), LTD
3709 E. Monument St., STE B
Baltimore, MD 21205


Montilla Vidoza, Zulay
1150 4th St SW
Apt 1020
Washington, DC 20024


Moujahid, Elmostafa
PO Box 8303
Falls Church, VA 22041


Ocampo Pliego, Melina
601 Edgewood St NE Apt 424
Washington, DC 20017


Ojendis Pineda, Marcelino
923 N St NW
Apt 501
Washington, DC 20001


Olden, Maurice
1424 Clifton St NW
Apt 10
Washington, DC 20009


Olson, Dhiandra R
1712 Summit Pl NW
Apt B
Washington, DC 20009


Open Table, Inc.
P.O. Box 671198
Dallas, TX 75267


Oracle America, Inc.
P.O. Box 203448
Dallas, TX 75320-3448

Pagonis, George
1700 Kalorama Road NW
Apt 405
Washington, DC 20009


Paiva, Carlos R
562 Oklahoma Ave NE
Washington, DC 20002


Pepco
P.O. Box 13608
Philadelphia, PA 19101


Pepsi Beverages Company
75 Remittance Dr, Ste 1884
Chicago, IL 60675


Peralta Gonzalez, Adrian
511 Webster Ave NW
Washington, DC 20011


Perez Romero, Miriam A
5107 Lakeland Rd
College Park, MD 20740


Portillo, Concepcion
914 Longfellow St NW
Washington, DC 20011


Prestige Beverage Group
6735-A Business Parkway
Elkridge, MD 21075


Privado, Brandon Alexis
6517 Parkway Ct
Hyattsville, MD 20782

ProFish, LTD
1900 Fenwick Street NE
Washington, DC 20002


R.L. Irwin Company
PO Box 407
Kennett Square, PA 19348


Radulovic, Milena
799 N Van Dorn
Alexandria, VA 22304


Republic National Distributing Company
P.O. Box 687
Annapolis Junction, MD 20701-0687


Ristic, Andela
2601 Park Center Drive
Apt 206C
Alexandria, VA 22302


Robert's Oxygen Company Inc.
PO Box 5507
Chevy Chase, MD 20825


Roberts, Devin R
6618 Atwood St
Apt 3
District Heights, MD 20747


Rodriguez Solis, Erika
2 M St NE Apt 513
Washington, DC 20002


Romero Rodriguez, Santiago
933 N St NW
#202
Washington, DC 20001

Romero Romero, Fredy A
5609 3rd St S
Arlington, VA 22204


Samuels & Son
3400 S Lawrence St
Philadelphia, PA 19148


Sandoval, Francisco
3055 16th St. NW
Apt 706
Washington, DC 20009


Sandoval, Karen R
614 Morton St. NW
Apt 32
Washington, DC 20010


Siemma Wines
7721 D Fullerton Road
Springfield, VA 22153


Siforija, Olja
1665 Kenwood Ave
Alexandria, VA 22302


Sling
9601 South Meridian Boulevard
Englewood, CO 80112


Smith, Jason Aaron E
658 12th St NE
Washington, DC 20002


Solutions Window Cleaning
P.O. Box 86
Queenstown, MD 21658

Southern Glazer's of MD
P.O. Box 9207
Dundalk, MD 21222-0207


Storm Oil, LLC
3804 Yuma St., NW
Washington, DC 20016-2214


Stripe Catering
510 Townsend Street, San Francisco
San Francisco, CA 94103


Szydlowski, Magdalena
8136 Prescott Dr
Apt T1
Vienna, VA 22180


Taha Ismail
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Talbort's Ice & Beverage
5234 River Road
Bethesda, MD 20816


TD Bank NA
PO Box 84037
Columbus, GA 31908


Teaism Penn Quarter
400 8th St NW
Washington, DC 20004


The Columbia Bank
Loan Operations
P.O. Box 69
East Petersburg, PA 17520

The Country Vintner
P.O. Box 1540
Ashland, VA 23005


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


US Foods Inc.
PO Box 75368
Baltimore, MD 21275


Vargas, Artemio
1510 10th St NW
Apt 102A
Washington, DC 20001


VEGA Pest Elimination
611 Hollywood Ave
Silver Spring, MD 20904


Velasquez, Juan
1236 11th St NW
Apt 604
Washington, DC 20001


Ventura, Nicholas
1225 Queen St
Alexandria, VA 22314


Washburn Wine Co.
6801 Eastern Ave, Suite 120B
Baltimore, MD 21224


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047

```
Wharf Phase 1 Retail REIT LH LLC
Attn: Emily Rodriguez

1000 Maine Avenue, Suite 300
Washington, DC 20024


Williams, Christopher D
2831 Minnesota Ave SE
Apt 4
Washington, DC 20019



Winebow
P.O. Box 1540
Ashland, VA 23005
```

# United States Bankruptcy Court
## District of Maryland

In re   **ReqWharf, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ReqWharf, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mike Isabella, Inc.**
**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**

☐ None [*Check if applicable*]

**February 28, 2019**

Date

**/s/ Warren J. Martin Jr.**

**Warren J. Martin Jr.**

Signature of Attorney or Litigant

Counsel for   **ReqWharf, LLC**

**Porzio, Bromberg & Newman, P.C.**
**100 Southgate Parkway**
**P.O. Box 1997**
**Morristown, NJ 07962-1997**
**973-538-4006 Fax:973-538-5146**
**wjmartin@pbnlaw.com**